UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUZ BLACKSHEAR, | Case No. C11-1163-MJP-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| SNOHOMISH COUNTY CORRECTIONS, | |
| Defendant. | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. By Order dated August 3, 2011, the Court declined to serve plaintiff's complaint and granted him leave to amend to correct the specified deficiencies in his complaint. Dkt. 8. Plaintiff had until September 2, 2011, to file an amended complaint. *Id.* To date, however, plaintiff has failed to submit an amended complaint. Therefore, the Court recommends that this § 1983 action be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

The Clerk of the Court is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

DATED this 7th day of September, 2011.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 1