UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRUZ BLACKSHEAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SNOHOMISH COUNTY<br>CORRECTIONS,<br><br>　　　　Defendant. | Case No. C11-1163-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's 42 U.S.C. § 1983 civil rights complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　This action is DISMISSED without prejudice.

(3)　The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

DATED this 3rd day of October, 2011.

　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL
PAGE - 1